UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CAILLOU BOYKINS,

                        **Plaintiff,**

                v.                                            5:21-CV-1227 (FJS/MJK)

LAURA COLLINS, in her individual capacity;
DAVID MARTIN, in his individual capacity; and
SHAWN HOUSE, in his individual capacity,

                        **Defendants.**

---

## VERDICT FORM

We, the jury, unanimously find as follows:

**Section A -- Defendant Laura Collins**

    1. Did Plaintiff prove by a preponderance of the evidence that Defendant Collins used excessive force against him during the course of his arrest?

            _____                          __X__
             Yes                                 No

If you answered "Yes" to this Question, proceed to Question 2. If you answered "No" to this Question, proceed to Section B.

    2. Did Plaintiff prove by a preponderance of the evidence that he suffered some actual compensatory damages that were proximately caused by Defendant Collins' actions?

            _____                          _____
             Yes                                 No

If your answer is "yes," state the amount of compensatory damages: $_____

If your answer is "no," you must award Plaintiff nominal damages. Please state the amount of nominal damages (not in excess of $1.00): _____

**Proceed to Section B – Defendant David Martin**

**Section B -- Defendant David Martin**

    1. Did Plaintiff prove by a preponderance of the evidence that Defendant Martin used excessive force against him during the course of his arrest?

    _____                                                                             X
    Yes                                                                       No

If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question 1, proceed to Section C.

    2. Did Plaintiff prove by a preponderance of the evidence that he suffered some actual compensatory damages that were proximately caused by Defendant Martin's actions?

    _____                                                       _____
    Yes                                                          No

If your answer is "yes," state the amount of compensatory damages: $_____

If your answer is "no," you must award Plaintiff nominal damages. Please state the amount of nominal damages (not in excess of $1.00): _____

**Proceed to Section C – Defendant Shawn House**

2

**Section C -- Defendant Shawn House**

1. Did Plaintiff prove by a preponderance of the evidence that Defendant House used excessive force against him during the course of his arrest?

_____        __X__
Yes              No

If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question 1, proceed to Section D.

2. Did Plaintiff prove by a preponderance of the evidence that he suffered some actual compensatory damages that were proximately caused by Defendant House's actions?

_____        _____
Yes              No

If your answer is "yes," state the amount of compensatory damages: $_____

If your answer is "no," you must award Plaintiff nominal damages. Please state the amount of nominal damages (not in excess of $1.00): _____

3

## SECTION D – Total Damages Award

If you have awarded damages against any of the Defendants, enter the total amount of the award below:

Total Amount of Compensatory Damages Awarded ____0_____

Total Amount of Nominal Damages Awarded _____0____

**Your deliberations have concluded. Please have the foreperson sign and date this verdict form and notify the Marshal that you have reached a verdict.**

Foreperson's signature: *Name Redacted

Date: 8-29-24

4

John Marshall 1:00 pm

**CLERK, U.S. DISTRICT COURT**
P.O. BOX 7367
100 S. CLINTON STREET
SYRACUSE, NEW YORK 13261-7367

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300